# IN THE SUPREME COURT OF THE STATE OF NEVADA

SPORTSMAN'S ROYAL MANOR, LLC, A NEVADA DOMESTIC LIMITED-LIABILITY COMPANY,

Appellant,

vs.

ROBERT ANSARA, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF DYLAN SALAZAR, DECEASED; AND DENISE SALAZAR-ALEXANDER, INDIVIDUALLY, AND AS HEIR TO THE ESTATE OF DYLAN SALAZAR,

Respondents.

No. 82392

FILED

JUL 19 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a final judgment and certain interlocutory orders. Eighth Judicial District Court, Clark County; Nadia Krall, Judge.

The parties have filed a stipulation to dismiss this appeal and for this court to remand to the district court to enable the district court to enter an order vacating the underlying judgment and other particular orders pursuant to the parties' agreement.

Upon the dismissal of this appeal, jurisdiction over the underlying case automatically returns to the district court, rendering a remand unnecessary. The stipulation is therefore approved as follows: this appeal is dismissed without prejudice to the parties' right to seek

reinstatement if the relief sought in the district court is not granted.[1] The parties shall bear their own fees and costs.

It is so ORDERED.

_____, C.J.

cc:  Hon. Nadia Krall, District Judge
     Paul M. Haire, Settlement Judge
     Lewis Roca Rothgerber Christie LLP/Las Vegas
     Bremer Whyte Brown & O'Meara, LLP/Las Vegas
     Gass Weber Mullins, LLC
     Richard Harris Law Firm
     Claggett & Sykes Law Firm
     Eighth District Court Clerk

---

[1]Any motion to reinstate this appeal must be filed within 28 days of entry of the district court's order denying the requested relief.